IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

MYRON D. WHEATLEY  Case No.: 1:11-MC-035
Ohio Atty. Reg. No. 0038584  Chief Judge Susan J. Dlott
RESPONDENT

## ORDER

It appearing to the Court that on October 7, 2011 an Order was entered in this proceeding accepting Respondents resignation from the practice of law in this Court, with disciplinary action pending, and directing him to surrender his certificate of admission and file an affidavit showing compliance, and a Response having been filed with the Clerk of this Court;

**IT IS ORDERED** by this Court that Respondent is found in compliance and this matter is **CLOSED**.

**IT IS SO ORDERED.**

Susan J. Dlott, Chief Judge
United States District Court
Southern District of Ohio